IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**EMILIO TORRES,**

Petitioner,

**v.**

**KATHLEEN PROSPER, et al.,**

Respondents.

CIV S-07-1689 LKK GGH P

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's application for an enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before October 29, 2007.

Dated: 10/11/07

/s/ Gregory G. Hollows

The Honorable Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

torr1689.eot