IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILIO TORRES,

      Petitioner,               No. CIV S-07-1689 LKK GGH P

   vs.

WARDEN PROSPER, et al.,

      Respondents.        <u>ORDER</u>

_____/

      Good cause appearing, IT IS HEREBY ORDERED that petitioner's reply to respondent's answer is due on or before December 24, 2007.

DATED:  11/21/07

                               /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

torr1689.eot