IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILIO TORRES,

        Petitioner,              No. CIV S-07-1689-LKK-CHS

    vs.

SHARON PROSPER,

        Respondent.      <u>ORDER</u>

_____/

        Petitioner, through counsel, requests an extension of time to file objections to the Magistrate Judge's Findings and Recommendations entered December 12, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's December 18, 2008 request for an extension of time is granted; and

        2. Petitioner is granted an additional thirty days, up to and including February 2, 2009, in which to file and serve his objections to the Magistrate Judge's Findings and Recommendations.

DATED: January 5, 2009

*Charlene H. Sorrentino*

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com