IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILIO TORRES,

    Petitioner,                                    No. CIV S-07-1689 LKK CHS P

  vs.

SHARON PROSPER,

    Respondent.                                    ORDER
_____/

    Emilio Torres (T-93098), a necessary and material witness with respect to proceedings in this case, is confined in the California Correctional Center in Susanville, California, in the custody of Warden Ron Barnes. To secure this inmate's attendance for an evidentiary hearing on November 16, 2009, at 9:00 a.m., at the Robert T. Matsui United States District Courthouse, 501 I Street, Sacramento, California, 95814-7300, in Courtroom 3, 15th floor, it is necessary that a Writ of Habeas Corpus ad Testificandum issue.

    Accordingly, **IT IS HEREBY ORDERED** that:

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding Ron Barnes, Warden, to produce the inmate, Emilio Torres, to testify in United States District Court at the time and place stated above, and from day-to-day until completion of the evidentiary hearing or as ordered by the Court; and thereafter to return the inmate to the

1

1 | California Correctional Center, Susanville, California;
2 |   2. Ron Barnes, custodian, is ordered to notify the Court of any change in custody of
3 | inmate, Emilio torres, and is ordered to provide the new custodian with a copy of this writ; and
4 |   3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of
5 | habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento,
6 | P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Ron Barnes of the California Correctional Center, P.O. Box 2500, Susanville, California, 96127:**

  **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day-to-day until completion of the proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

  **FURTHER**, you are ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED: October 15, 2009.

           */s/ Charlene H. Sorrentino*
           CHARLENE H. SORRENTINO
           UNITED STATES MAGISTRATE JUDGE