IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILIO TORRES,

    Petitioner,               No. CIV S-07-1689-LKK-CHS

    vs.

SHARON PROSPER,

    Respondent.        <u>ORDER</u>

_____/

        An evidentiary hearing was held in this matter on November 16, 2009, at which time the parties were ordered to file simultaneous briefs due January 15, 2010. On January 8, 2010, the parties filed a stipulation to extend the deadline to January 29, 2010. Good cause appearing, the time for filing the simultaneous briefs ordered by the court is hereby extended to January 29, 2010.

IT IS SO ORDERED.

DATED: January 11, 2010

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1